IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS PENSION FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 16 C 9607 |
| DENOVO CONSTRUCTORS, INC., a Delaware corporation, | ) ) ) | JUDGE JOHN Z. LEE |
| Defendant. | ) ) | |

## MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on November 22, 2016, request this Court enter judgment against Defendant, DENOVO CONSTRUCTORS, INC., a Delaware corporation. In support of that Motion, Plaintiffs state:

1. On November 22, 2016, this Court entered default against Defendant.

2. On December 2, 2016, this Court entered an order directing an audit of the Defendant's payroll books and records by the accounting firm of Romolo & Associates for the period May 1, 2014 forward. The Court also entered an order that judgment would be entered after the completion of the audit.

3. Plaintiffs' auditors completed the audit on October 5, 2017. The audit findings show that the Defendant is delinquent in contributions to the Funds in the amount of $3,251.20. (See Affidavit of Jeanne Raabe).

4. Additionally, the amount of $325.12 is due for liquidated damages. (Raabe Aff. Par. 7). Plaintiffs' auditing firm of Romolo & Associates charged Plaintiffs $1,025.00 to perform the audit examination and complete the report (Raabe Aff. Par. 6).

5. Defendant submitted its monthly contribution reports for the months of December 2014 and November 2015 but failed to submit the contributions in the amount of $6,235.85 and liquidated damages in the amount of $623.59, for a total of $6,859.44, which it acknowledges therein to be due (Raabe Aff. Par. 8).

6. Defendant submitted its June 2014 monthly contribution report for the month of June 2014 but shorted the contributions due and owing. Accordingly, Defendant owes $56.20 for the stated month (Raabe Aff. Par. 9).

7. Defendant incurred a liquidated damages surcharge in the amount of ten (10%) percent of all contributions due and unpaid and all contributions which were paid late, for the months of May 2014, August 2014, September 2014, November 2014, December 2014 and May 2015 through October 2015 in the amount of $919.60 (Raabe Aff. Par. 10).

8. Plaintiffs' firm has expended the amount of $3,577.50 in attorneys' fees and $400.00 in costs in this matter. (See Affidavit of Catherine M. Chapman).

9. Based upon the documents filed herewith, Plaintiffs request entry of judgment in the total amount of $16,414.06.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $16,414.06.

/s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CLJ\Denovo Constructors\motion-judgment.cms.df.wpd

## CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 1st day of November 2017:

        Mr. Jonathon Markoff, CEO
        Denovo Constructors, Inc.
        100 S. Wacker Drive, Suite 110 LL1-50
        Chicago, IL   60606

        Denovo Constructors, Inc.
        1302 W. Randolph Street
        Chicago, IL   60607-1514


                                        /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CLJ\Denovo Constructors\motion-judgment.cms.df.wpd